NO OPINION
# O-3868
ISSUED